UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

OCALA DIVISION

JAMES J. FOSTER,

Plaintiff,

v.  Case No. 5:24-cv-460-TJC-PRL

SUMTER LANDING COMMUNITY DEVELOPMENT DISTRICT, VILLAGE CENTER COMMUNITY DEVELOPMENT DISTRICT, and DAVID WILLIAMS,

Defendants.

_____

**Plaintiff's Local Rule 3.01(h) Request for Oral Argument**

Pursuant to Local Rule 3.01(h), I request that the Court conduct an in person oral argument hearing of Defendants' Motion to Dismiss.

/s/ James J. Foster
jimfoster@alum.mit.edu
352-530-0517
1027 Mallard Lane
The Villages, Florida 32162

CERTIFICATE OF SERVICE

I certify that I served this document on counsel for Defendants by email on September 20, 2024. /

/s/ James J. Foster