UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JAMES J. FOSTER,

    Plaintiff,

v.

                              Case No. 5:24-cv-460-TJC-PRL

SUMTER LANDING COMMUNITY
DEVELOPMENT DISTRICT, et al.,

    Defendants.

## O R D E R

**No later than May 22, 2025**, Defendants are directed to file a reply of no more than ten pages addressing whether the defendants are governmental actors for the purposes of 42 U.S.C. § 1983, the content of the alleged shirt policy, and whether the Eleventh Circuit's decision in <u>DeWeese v. Town of Palm Beach</u>, 812 F.2d 1365 (11th Cir. 1987) supports Plaintiff's federal claim.

**DONE AND ORDERED** in Jacksonville, Florida, the 1st day of May, 2025.



TIMOTHY J. CORRIGAN
Senior United States District Judge

jcd
Copies:
Counsel of record