UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JAMES J. FOSTER,
Plaintiff,

v.                                              Case No. 5:24-cv-460-TJC-PRL

SUMTER LANDING COMMUNITY DEVELOPMENT DISTRICT, VILLAGE CENTER COMMUNITY DEVELOPMENT DISTRICT, and DAVID WILLIAMS,
Defendants.
_____

SUPPLEMENT TO JUST FILED MOTION

On Friday, May 23, 2025, I filed a Motion to File a Sur-Reply. As of the time of filing, I had not yet heard back from counsel for Defendants as to whether they would oppose the Motion. I have since heard from that counsel, who has represented that Defendants do not oppose the Motion. The Clerk may therefore mark the Motion as Unopposed.

s/ James J. Foster
James J. Foster
jimfoster@alum.mit.edu
1027 Mallard Lane
The Villages FL 32162
(352)530-0517
May 27, 2025