UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JAMES J. FOSTER,

    Plaintiff,

v.

                                                Case No. 5:24-cv-460-TJC-PRL

SUMTER LANDING COMMUNITY
DEVELOPMENT DISTRICT,
VILLAGE CENTER COMMUNITY
DEVELOPMENT DISTRICT, and
DAVID WILLIAMS,

    Defendants.

## **O R D E R**

With all that is going on in the world, one might reasonably wonder why we are making a federal case over whether a person can be required to wear a collared shirt on a golf course. But here we are.

The Court has under consideration Plaintiff's Second Amended Complaint (Doc. 6), Defendants' Motion to Dismiss (Doc. 9), Plaintiff's response (Doc. 12), Defendants' reply (Doc. 19), and Plaintiff's sur-reply (Doc. 24). The Court is skeptical whether any of Plaintiff's state law claims (Counts I–III) are viable. However, after considering DeWeese v. Town of Palm Beach, 812 F.2d 1365 (11th Cir. 1987), and subsequent cases citing it, Plaintiff's Fourteenth

Amendment claim alleged in Count IV, though inartfully pleaded, survives the motion to dismiss.

In the interest of judicial economy, the Court will bifurcate and stay the state law claims and let the parties litigate the federal claim. Depending on the outcome, the Court will then consider whether to take up the state law claims or send them back to state court from whence they came. Accordingly, it is hereby

**ORDERED:**

1. Defendants' Amended Motion to Dismiss (Doc. 9) is **DENIED without prejudice**.

2. Plaintiff's Motion for Hearing (Doc. 13) is **DENIED as moot**.

3. **No later than September 16, 2025**, Plaintiff will file a standalone "Amended Count IV," which only alleges the facts and legal basis necessary for the Fourteenth Amendment claim (without incorporating the state law claims). The state law claims are abated until further order and should not be included in the Amended Count IV.

4. **No later than September 30, 2025**, Defendants will answer the Amended Count IV.[1]

---

[1] The Court anticipates that after appropriate discovery, Defendants will test the bona fides of the DeWeese claim via motion for summary judgment.

**5. No later than September 30, 2025**, the parties will file a case management report, the form of which is on the Court's website.

**DONE AND ORDERED** in Jacksonville, Florida, the 29th day of August, 2025.



TIMOTHY J. CORRIGAN
Senior United States District Judge

jcd
Copies:

Counsel of record
Pro se party

3