# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

JAMES J. FOSTER,

        Plaintiff,

v.                                                                  Case No. 5:24-cv-460-TJC-PRL

SUMTER LANDING COMMUNITY
DEVELOPMENT DISTRICT, et al.,

        Defendants.

_____

## <u>O R D E R</u>

Upon review of the parties' Joint Notice to Proceed (Doc. 28), the Clerk is directed to lift the stay and return this case to the active docket.  The Court further establishes the following deadlines:

- Plaintiff shall file his stand-alone Amended Count IV no later than **November 14, 2025**;

- Defendants shall answer the Amended Count IV no later than **December 5, 2025**;

- The parties shall file a Case Management Report no later than **December 5, 2025**.

Further, in light of <u>pro se</u> plaintiff's recent hospitalization, and because the Court's electronic web portal is no longer available for <u>pro se</u> submissions, the Court will permit plaintiff to use the CM/ECF system for electronic filing.

To do so, he must register by following the "Non-Attorney E-File Registration"

instructions available at:

https://www.flmd.uscourts.gov/sites/flmd/files/documents/flmd-non-attorney-e-file-registration.pdf.   Access will be limited to this case.

      **DONE AND ORDERED** in Jacksonville, Florida this 31st day of

October, 2025.



TIMOTHY J. CORRIGAN
Senior United States District Judge

s.
Copies:
Counsel of record
Pro se plaintiff

2