UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES J. FOSTER,

    Plaintiff,

v.

    Case No. 5:24-cv-460-TJC-PRL

SUMTER LANDING COMMUNITY
DEVELOPMENT DISTRICT, et al.,

    Defendants.

## O R D E R

This case is before the Court on review of Defendants' Motion to Dismiss Plaintiff's Amended Count IV to Second Amended Complaint (Doc. 34) and Plaintiff's Motion to Strike Defendants' Unauthorized Second Motion to Dismiss. (Doc. 36). It is hereby

**ORDERED:**

1. Defendants Sumter Landing Community Development District's, Village Center Community Development District's, and David Williams's Motion to Dismiss Plaintiff's Amended Count IV to Second Amended Complaint (Doc. 34) is **DENIED**. No later than February 25, 2026, Defendants will answer Plaintiff's Amended Count IV to Second Amended Complaint. (Doc. 30).

2. Plaintiff James J. Foster's Motion to Strike Defendants' Unauthorized Second Motion to Dismiss (Doc. 36) is **DENIED as moot**.

3. The Honorable Philip R. Lammens, United States Magistrate Judge, has agreed to conduct a settlement conference. Judge Lammens will issue his own order regarding protocol for the settlement conference.

4. The Court will delay entering a Case Management and Scheduling Order until after the settlement conference.

**DONE AND ORDERED** in Jacksonville, Florida this 29th day of January, 2026.



TIMOTHY J. CORRIGAN
Senior United States District Judge

hms
Copies:

The Honorable Philip R. Lammens, U.S. Magistrate Judge
Counsel of record