**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

JAMES J. FOSTER,

        Plaintiff,

v.                                                   Case No. 5:24-cv-460-TJC-PRL

SUMTER LANDING COMMUNITY
DEVELOPMENT DISTRICT, et al.,

        Defendants.

---

**O R D E R**

Upon review, plaintiff's Time-Sensitive Motion for Extension of Time (Doc. 48), to which defendants responded in opposition (Doc. 49), is **GRANTED**. Although the parties filed their case management report in December as the Court had directed, the Court determined it would delay entry of a Case Management and Scheduling Order so the parties could instead focus on trying to settle the case. See Order, Doc. 38. Defendants, though, filed a motion for summary judgment (Doc. 44) and the settlement conference was canceled (Doc. 47). Because no scheduling order had entered, plaintiff shall be permitted to take the deposition of defendant Village Center Community Development District's corporate representative before responding to the motion for summary judgment. The deposition shall take place no later than **June 15, 2026**; plaintiff's response to the summary judgment motion shall be filed no later than

**July 15, 2026**; defendants may file a reply (limited to 7 pages) no later than **July 29, 2026**. The parties shall deliver courtesy copies of their briefs and supporting materials to chambers of the undersigned. The Court will continue to delay further case scheduling until it rules on the motion for summary judgment.

**DONE AND ORDERED** in Jacksonville, Florida this 13th day of April, 2026.



TIMOTHY J. CORRIGAN
Senior United States District Judge

s.
Copies:
Counsel of record
Pro se plaintiff

2